| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Marisa Ramirez, §
§
    Plaintiff, §
§
versus §     Civil Action H-13-3560
§
Chesmar Homes, Ltd., §
§
    Defendant. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached between counsel, the court dismisses this case with prejudice except that the parties may move for reinstatement by May 30, 2014.

2. This court retains jurisdiction to enforce the settlement.

Signed on April 29, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge